IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTOINE MAKRAM EBEID, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 25-411J |
| | ) | |
| v. | ) | Magistrate Judge Maureen P. Kelly |
| | ) | |
| WARDEN OF THE MOSHANNON | ) | Re: ECF No. 1 |
| VALLEY PROCESSING CENTER, *et. al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

AND NOW, this 4th day of February, 2026, and for the reasons stated in the Memorandum Opinion issued contemporaneously herewith, IT IS HEREBY ORDERED that the Petition for Habeas Corpus, ECF No. 1, is GRANTED.

Respondents shall **RELEASE** Petitioner from immigration detention **FORTHWITH**, subject to appropriate conditions in accordance with 8 U.S.C. § 1231(a)(3).

IT IS FURTHER ORDERED that the parties shall provide notice of the date and time of Petitioner's release within 24 hours of its occurrence.

To the extent that Petitioner seeks any additional habeas relief, the same is DENIED.

IT IS FURTHER ORDERED that any motion for costs and/or fees must be submitted on or before **March 6, 2026**.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, any party wishing to appeal from this Order must file a notice of appeal within 30 days (or 60 days if one of the parties is contemplated in Rule 4(a)(1)(B)), as provided in

2

Rule 3 of the Federal Rules of Appellate Procedure, with the Clerk of Court, United States District Court, 700 Grant Street, Room 3110, Pittsburgh, PA 15219.

BY THE COURT,

_____
MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE

cc:     Counsel of record (*via* CM/ECF)